UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MBD. NO. |
| | ) | |
| | ) | |
| DAVID DARDY | ) | |

**<u>JOINT MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS
AND EXTEND THE TIME FOR INDICTMENT</u>**

The parties to this action hereby jointly move to exclude the time from September 24, 2013 through October 24, 2013 from all Speedy Trial Act Calculations and thereby extend the time for the government to indict this case until November 24, 2013.  As grounds therefore, the parties state that they are attempting to resolve  this matter (which was initiated by a criminal complaint in Magistrate Judge Case No. 13-0687-LTS) without the need for an indictment and that the requested exclusion will facilitate those discussions and is thereby in the interest of justice.

The parties agree that, if the requested time is excluded, the government has until November 24, 2013 to return an indictment in this case.  No previous requests of this kind have been made in this case.

WHEREFORE, all parties move that, under 18 U.S.C. § 3161(h)(8)(A) and § 5(c)(1)(A) of the Plan for Prompt Disposition of Criminal Cases of this Court, this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the

defendant in a speedy trial, and, accordingly, exclude the time from September 24, 2013 through October 24, 2013 in computing the time within which an indictment must be obtained or an information filed under 18 U.S.C. § 3161(b).

>Respectfully submitted,
>
>CARMEN M. ORTIZ
>United States Attorney

By:     /S/ John A. Wortmann, Jr.
>JOHN A. WORTMANN, JR.
>Assistant U.S. Attorney
>One Courthouse Way
>Boston, MA
>(617) 748-3207

>  /s/ John R. Salsberg
>John R. Salsberg
>Law Office of John Salsberg
>221 Lewis Wharf
>Boston, MA 02110
>617-227-7788
>ATTORNEYS FOR DAVID DARDY

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this pleading was sent to counsel for David Dardy by email on September 28, 2013.

>/s/ John A. Wortmann, Jr.
>JOHN A. WORTMANN, JR